Howard Schmoll et al., Respondents, v. Melvin C. Luther, Appellant.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.